Robert J. Cassity (9779)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

Samuel Hall (*Pro Hac Vice forthcoming*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1092
shall@willkie.com

*Attorneys for Jysan Holding, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; and TERRA RAF TRANS TRAIDING LTD.,<br><br>Petitioners,<br><br>v.<br><br>REPUBLIC OF KAZAKHSTAN,<br><br>Respondent. | Case No. 2:24-cv-00283-JAD-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL**<br><br>**(First Request)** |

Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. ("Petitioners") and non-party Jysan Holding, LLC ("Jysan"), stipulate and agree as follows:

1. On February 2, 2024, Petitioners filed a Motion to Compel Jysan Holding, LLC to Respond to Post-Judgment Subpoena ("Motion to Compel"). *See* ECF No. 2 (Case No. 2:23-ms-00028).

2. In order to accommodate the scheduling conflicts of Jysan's counsel, the parties have agreed to a 10 day extension of the deadline for Jysan to file its opposition to the Motion to Compel.

1

3. The parties therefore stipulate that Jysan may have until February 26, 2024, to file its opposition to the Motion to Compel.

4. This is the first request for an extension of time for Jysan to respond to the Motion to Compel. This stipulation is made in good faith to allow Jysan time to fully and professionally brief the issues raised in the Motion to Compel and not for the purpose of delay.

DATED this 13th day of February, 2024.

**SEMENZA RICKARD LAW**

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Petitioners*

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity, Bar No. 9779
Erica C. Medley, Bar No. 13959
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Samuel Hall (*Pro Hac Vice forthcoming*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006

*Attorneys for Jysan Holding, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  2/16/2024

2