Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Petitioners Anatolie Stati,
Gabriel Stati, Ascom Group, S.A. and
Terra Raf Trans Traiding Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; and TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | Case No.   2:24-cv-00283-JAD-BNW <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO COMPEL AND EXTEND DEADLINE TO FILE REPLY BRIEF** |

Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. ("Petitioners") and non-party Jysan Holding, LLC ("Jysan"), stipulate and agree as follows:

1. On February 2, 2024, Petitioners filed a Motion to Compel Jysan Holding, LLC to Respond to Post-Judgment Subpoena ("Motion to Compel"). See ECF No. 2 (Case No. 2:23-ms-00028). Jysan filed its opposition to the Motion to Compel on February 26, 2024.

2. The current deadline for Petitioners to file their reply brief in support of their Motion to Compel is March 4, 2024.

3. The hearing on the Motion to Compel is currently scheduled for March 12, 2024 at 10:00 a.m.

4. Local counsel for Petitioners will be traveling out of town for a family commitment during the week of March 12, 2024 and will be unavailable to attend the hearing.

1

5.      Based upon the request of local counsel for the Petitioners, the parties stipulate to move the hearing date on the Motion to Compel to March 21, 2024 at 10:00 a.m. and request that the parties be allowed to appear for the hearing via Zoom.

6.      The parties further stipulate that Petitioners may have until March 15, 2024, to file a reply in support of their Motion to Compel.

7.      This is the first request for an extension of time to continue the hearing date on the Motion to Compel and for Petitioners to file a reply in support of their Motion to Compel.

8.      This stipulation is made in good faith to allow Petitioners to attend the hearing and time to fully and professionally brief and respond to the issues raised in Jysan's opposition to the Motion to Compel and not for the purpose of delay.

DATED this 28th day of February, 2024.

| SEMENZA RICKARD LAW | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| */s/ Jarrod L. Rickard* <br> Jarrod L. Rickard, Esq., Bar No. 10203 <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A. and Terra Raf Trans Traiding Ltd.* | */s/ Samuel Hall* <br> Samuel Hall (*Admitted Pro Hac Vice*) <br> 1875 K Street, N.W. <br> Washington, DC 20006 <br> & <br> HOLLAND & HART LLP <br> Robert J. Cassity, Bar No. 9779 <br> Erica C. Medley, Bar No. 13959 <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, Nevada 89134 <br> *Attorneys for Jysan Holding, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/5/2024

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

2