Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669
*Attorneys for Petitioners Anatolie Stati,
Gabriel Stati, Ascom Group, S.A. and
Terra Raf Trans Traiding Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; and TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | Case No.   2:24-cv-00283-JAD-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF** <br><br> **(2nd Request)** |

Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. ("Petitioners") and non-party Jysan Holding, LLC ("Jysan"), stipulate and agree as follows:

1. On February 2, 2024, Petitioners filed a Motion to Compel Jysan Holding, LLC to Respond to Post-Judgment Subpoena ("Motion to Compel"). See ECF No. 2 (Case No. 2:23-ms-00028). Jysan filed its opposition to the Motion to Compel on February 26, 2024.

2. On February 28, 2024, the parties filed a Stipulation and Order to Continue Motion to Compel Hearing and Extend Deadline to File Reply Brief. See ECF No. 14.

3. On March 5, 2024, the court granted the Stipulation and Order to Continue Motion to Compel Hearing and Extend Deadline to File Reply Brief. See ECF No. 15.

4. On March 11, 2024, the court issued a Minute Order Due stating that the hearing was being continued from March 21, 2024, to April 9, 2024, due to a conflict in the court's calendar.

5. Thus, the hearing on the Motion to Compel is currently scheduled for April 9, 2024 at 2:00 p.m.

6. The current deadline for Petitioners to file their reply brief in support of their Motion to Compel is March 15, 2024.

7. Given the change in the hearing date, and Petitioners' need for additional time to prepare the reply, the parties agreed to continue the deadline for the reply for one week.

8. Therefore, the parties stipulate that Petitioners may have until March 22, 2024, to file a reply in support of their Motion to Compel.

9. This is the second request for an extension of time for Petitioners to file a reply in support of their Motion to Compel.

10. This stipulation is made in good faith to allow Petitioners time to fully and professionally brief and respond to the issues raised in Jysan's opposition to the Motion to Compel and not for the purpose of delay.

DATED this 14th day of March, 2024.

| SEMENZA RICKARD LAW | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| */s/ Jarrod L. Rickard* | */s/ Samuel Hall* |
| Jarrod L. Rickard, Esq., Bar No. 10203 | Samuel Hall (*Admitted Pro Hac Vice*) |
| 10161 Park Run Drive, Suite 150 | 1875 K Street, N.W. |
| Las Vegas, NV 89145 | Washington, DC 20006 |
| | & |
| | HOLLAND & HART LLP |
| | Robert J. Cassity, Bar No. 9779 |
| *Attorneys for Petitioners Anatolie Stati,* | Erica C. Medley, Bar No. 13959 |
| *Gabriel Stati, Ascom Group, S.A. and* | 9555 Hillwood Drive, 2nd Floor |
| *Terra Raf Trans Traiding Ltd.* | Las Vegas, Nevada 89134 |
| | *Attorneys for Jysan Holding, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/15/2024

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803